FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 24 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

DAVID FREDERICKSON and
CLAUDIA FREDRICKSON, husband
and wife,

        Plaintiffs,

vs.

ELIZONDO MEJIA and JANE DOE MEJIA,
husband and wife; CHERYL SLAYDON and
JOHN DOE SLAYDON, husband and wife,

        Defendants.

Case No. CV-09-03044-LRS

STIPULATED ORDER
OF DISMISSAL

\*\*\*

The above-entitled matter, having come before the Court upon stipulation of the parties set forth below, and it appearing to the Court that this entire matter has been fully compromised and settled, and it further appearing to the Court that there is no just reason for delay, and the Court being fully advised in the premises, now, therefore,

Page – 1   STIPULATED ORDER OF DISMISSAL

LACHENMEIER ENLOE
RALL & HEINSON
Attorneys at Law
9600 SW Capitol Highway
Portland, Oregon 97219
Telephone (503) 768-9600
Fax (503) 768-9133



IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs or attorney fees to any of the parties.

DATED this 23rd day of March, 2010.

_____
Hon. Lonny R. Suko

IT IS SO STIPULATED:

_____
Scott C. Cifrese, No. 25778
Of Attorneys for Plaintiffs

Dated: 3.10.10

_____
Timothy J. Heinson, No. 32128
Of Attorneys for Defendants Mejia

Dated: 2/23/2010

_____
Peter J. Johnson, No. 6195
Of Attorneys for Defendants Slayton

Dated: 3/11/10

Page – 2   STIPULATED ORDER OF DISMISSAL

LACHENMEIER ENLOE
RALL & HEINSON
Attorneys at Law
9600 SW Capitol Highway
Portland, Oregon 97219
Telephone (503) 768-9600
Fax (503) 768-9133